IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JASON CHARLES COURVERLER, PRO SE, § <br> TDCJ-CID No. 1700010, § <br> OK DOC No. 569088, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> BRIAN CLARK ET AL., § <br> § <br> Defendants. § | 2:13-CV-0064 |

## ORDER OF DISMISSAL

Plaintiff JASON CHARLES COURVERLER, acting pro se and while a while a prisoner in the Texas Department of Criminal Justice, Institutional Division, has filed suit pursuant to Title 42, United States Code, section 1983 complaining against the above-named defendants and has been granted permission to proceed pursuant to Title 28, United States Code, section 1915.

On January 21, 2014, the Court entered an Order of Partial Dismissal dismissing plaintiff's claims against defendants EDGAR, PONDER, RAMIRIEZ, and CHAVEZ without prejudice for failure to state a claim on which relief can be granted and with prejudice as frivolous.

On April 2, 2014, a Report and Recommendation was issued by the United States Magistrate Judge recommending dismissal of the remaining claims, those asserted against defendant CLARK, as moot.

The period for response has expired, and no objections have been filed by plaintiff.

The Court has made an independent examination of the records in this case and has examined the Magistrate Judge's Report and Recommendation. The Court is of the opinion that the Report and Recommendation of the United States Magistrate Judge should be ADOPTED by the United States District Court.

This Court, therefore, does hereby ADOPT the Report and Recommendation of the United States Magistrate Judge in this case.

IT IS THEREFORE ORDERED that the remaining Civil Rights Claims by plaintiff JASON CHARLES COURVERLER against defendant BRIAN CLARK are DISMISSED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

The Clerk shall send a copy of this Order to plaintiff and to any attorney of record.

It is SO ORDERED.

Signed this the _____ 22nd _____ day of April, 2014.

_____
MARY LOU ROBINSON
United States District Judge